# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00511-CR

**Benjamin Wilcox, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY,
### NO. CR-19-2377-E, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Benjamin Wilcox seeks to appeal judgments of conviction for Sexual Performance by Child, Possession with Intent to Promote Child Pornography, and Possession of Child Pornography. *See* Tex. Penal Code §§ 43.25(c), 43.26(d), (g). The trial court has certified that this is a plea-bargain case and Wilcox has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Jurisdiction

Filed: December 20, 2022

Do Not Publish